# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 10-131 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| UNDRE DEVON McCURDY | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 37], and having thoroughly reviewed the record, including the written objections filed [Record Document 41], and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress [Record Document 25] be and is hereby **DENIED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 14th day of September, 2010.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE